UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61906-CIV-ALTONAGA/Strauss

**EMMITT BERNIE LAWSON**,

    Plaintiff,
v.

**KILOLO KIJAKAZI**, Acting
Commissioner of Social Security

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's May 18, 2023 Report and Recommendation [ECF No. 29], wherein Judge Strauss recommends the Court grant Defendant, Kilolo Kijakazi's Opposed Motion for Entry of Judgment . . . With Reversal and Remand of the Cause to Defendant [ECF No. 22]. The parties were advised they had 14 days to file objections to the Report (*see* Report 6), and no objections have been received. The Court agrees with the Magistrate Judge's analysis and recommendation. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 29]** is **AFFIRMED**, and Defendant's Opposed Motion for Entry of Judgment . . . and Remand of the Cause to Defendant **[ECF No. 22]** is **GRANTED**. The case is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Report. Specifically, remand is limited to consideration of whether Plaintiff's chauffeur job was substantial gainful activity and if it was, whether Plaintiff can perform the job based on his RFC (which turns on whether Plaintiff has a sitting limitation). (*See id.* 6). Final Judgment shall issue separately.

CASE NO. 22-61906-CIV-ALTONAGA/Strauss

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record